RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/15/06

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Donna W. Vidrine | Civil Action No. 6:05-CV-1050 |
| versus | Judge Tucker L. Melançon |
| American United Life Ins. Co. | Magistrate Judge Methvin |

## JUDGMENT OF DISMISSAL

Considering the parties' Stipulation of Dismissal pursuant to Fed.R.Civ.P.41 [Rec. Doc. 24],

IT IS ORDERED that the above-captioned cause, including all claims and demands made therein, be and it is hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED this 15th day of June, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge